```
 1
 2  BENJAMIN B. WAGNER
    United States Attorney
 3  ELANA S. LANDAU
    Assistant U.S. Attorney
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
```

FILED

SEP 14 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No: 1:12-CR-313 |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER TO **UNSEAL** INDICTMENT |
| NOEL ORTIZ and JESUS MORALES, | ) |
| Defendants. | ) |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned proceeding be and is hereby unsealed.

Date: 9/13, 2012

Honorable DENNIS L. BECK
United States Magistrate Judge

2