BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU, Ca. Bar #212144
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:12-CR-313 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| | ) SENTENCING DATE AND |
| v. | ) ORDER |
| | ) |
| NOEL ORTIZ, | ) |
| Defendant. | ) |

The parties request that the sentencing hearing in this case be continued from July 8, 2013 to August 5, 2013 at 10:00a.m.. The parties request the continuance be granted because there are matters related to sentencing that remain unresolved. The Speedy Trial Act is not implicated since the defendant has already pled guilty and is awaiting sentencing.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

1

DATE: July 1, 2013          By:    /s/Elana S. Landau
                                   ELANA S. LANDAU
                                   Assistant U.S. Attorney


DATE: July 1, 2013                 /s/Alex Mendoza
                                   ALEX MENDOZA
                                   Attorney for Defendant Ortiz




IT IS SO ORDERED.

Dated:   July 1, 2013
                                   SENIOR DISTRICT JUDGE